In the Matter of TILLIE MILLER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of EDWARD N. COSTIKYAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of CECIL E. CARTER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of ELIZABETH MORRIS, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 9, 1955; decided September 9, 1955.

*Abraham J. Gellinoff, Robert B. Brady, Richard T. Levy* and *Blossom G. Saxe* for Cecil E. Carter and others, appellants.

*Samuel J. Silverman, William Barlow* and *Gabriel Perle* for Tillie Miller, Edward N. Costikyan and another, appellants.

*Joseph Broderick, Joseph F. Clements* and *Jules E. Gilbert* for respondents.

Orders of the Appellate Division reversed and those of Special Term reinstated upon the ground that the designating petitions are invalid for failure to comply with the requirements of subdivision 3 of section 15 of the Election Law, section 135 of the Election Law and the Rules of the New York Democratic County Committee. No opinion.

Concur: CONWAY, Ch. J., DYE, VAN VOORHIS, BURKE and MacCRATE,* JJ. DESMOND, J., dissents and votes to affirm.

* Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of FULD and FROESSEL, JJ.